UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD M. GOODMAN,

    Plaintiff,

vs.                                                                            Civil Action No.  05-71610
                                                                                    Honorable Victoria A. Roberts
                                                                                   Magistrate Judge Steven D. Pepe

REFCO, LLC and
REFCO GROUP LTD., LLC,

    Defendants.

_____/

**ORDER OF DISMISSAL AS TO  REFCO GROUP LTD., LLC ONLY**

        At a session of said Court, held in the Theodore Levin United States Courthouse, Detroit, Michigan,

        On:   June 20, 2005

        PRESENT: HON.____VICTORIA A. ROBERTS_____

    This matter having been presented to the Court upon the stipulation of the parties, and the Court being otherwise fully advised in the premises:

    **IT IS HEREBY ORDERED** that Plaintiff's Complaint against Refco Group Ltd., LLC is dismissed without prejudice and without costs or attorney fees to any party.

    **IT IS SO ORDERED.**

                                                      s/Victoria A. Roberts_____
                                                      Victoria A. Roberts
                                                      United States District Judge

    Dated: June 20, 2005

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 20, 2005
>
> s/Carol A. Pinegar
> Deputy Clerk

{33147\1\DT138953.DOC;1}