UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD M. GOODMAN,

    Plaintiff,　　　　　　　　　　　　Case No: 05-71610
　　　　　　　　　　　　　　　　　　　　　　Hon. Victoria A. Roberts
v.

REFCO, LLC,

    Defendant.
_____/

### ORDER OF ADMINISTRATIVE CLOSING DUE TO BANKRUPTCY

A stay of proceedings pursuant to 11 U.S.C. 362 has been filed by the defendant. It appears to the Court that such a stay will need to remain in effect for a substantial period of time. The possibility also exists that at the close of such stay this matter will be either voluntarily dismissed by the parties or abandoned by the parties without notice to the Court. Accordingly, there appears to be no reason to maintain this file as an open one for statistical purposes.

IT IS ORDERED that the clerk close this matter for statistical purposes. Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered. The Court will then order that the matter be reopened for statistical purposes.

                                s/Victoria A. Roberts
                                Victoria A. Roberts
                                United States District Judge

Dated: December 5, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 5, 2005.

s/Carol A. Pinegar
Deputy Clerk